IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **FREDERICK DOUGLAS DIXON,** | : | |
| Plaintiff, | : | |
| v. | : | Case No. 5:24-cv-00243-MTT-CHW |
| **Deputy Warden BROWN,** *et al.*, | : | Proceedings Under 42 U.S.C. §1983 |
| Defendants. | : | Before the U. S. Magistrate Judge |

## ORDER

Before the Court is Plaintiff Frederick Dixon's motion to compel Defendants to provide answers to his discovery requests. (Doc. 25). For two reasons, Plaintiff's motion is not appropriate at this time. First, this Court does not entertain motions to compel absent a certificate that the movant first attempted to confer, in good faith prior to filing the motion, with the opposing parties to seek the requested information without court action. Fed. R. Civ. P. 37; Local Rule 37. While Plaintiff stated he sent a letter to defense counsel about the discovery and counsel acknowledges receiving the letter, Plaintiff's motion is unaccompanied by such a certificate that the parties specifically attempted to resolve any dispute in anticipation of a motion to compel. Second, Defendants have certified that in response to the Plaintiff's follow-up letter, the discovery responses were mailed to Plaintiff on July 10, 2025 (Doc. 26-1), thus making Plaintiff's motion to compel moot. Based on the foregoing, Plaintiff's motion to compel (Doc. 25) is **DENIED**.

**SO ORDERED**, this 5th day of August, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1