IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **FREDERICK DOUGLAS DIXON**, | * | |
| Plaintiff, | * | |
| v. | * | Case No. **5:24-cv-00243-MTT-CHW** |
| **Deputy Warden BROWN, et al**, | * | |
| Defendants. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated 9/24/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 24th day of September, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk